No. 422. LAWS, CHIEF JUDGE, ET AL., COMPRISING THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA, *v.* CARTER. United States Court of Appeals

for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this case. *Solicitor General Perlman* for petitioners. *James A. Cobb* and *George E. C. Hayes* for respondent.